*Stewart and Associates, Inc.*

**AFFIDAVIT OF PROCESS SERVER**

United States District Court
Northern District of Illinois

Case Number: **08 C 3439**

**Chicago Regional Council of Carpenters Pension Fund et al vs First Carpenter Contractors Inc. and David Cordray, individually and d/b/a First Carpenter Contractors Inc.**

Person Served: **First Carpenter Contractors Inc.**

Address: **c/o David Cordray, President 10005 Spring Road**

City/State/Zip: **Garden Prairie, IL 61038**

I, Rich Myers, a registered employee of Brian W. Stewart & Associates, Inc. an Illinois Private Detective Agency License #117-000540, after being duly sworn, do hereby state that the attached document(s) entitled: **Summons In A Civil Case & Complaint** was served as indicated.

SERVICE INFORMATION:

Service Address (if different than above):_____

____Personal Service: Left copy of the document(s) with above personally.

  Date____/____/____    Time:_____

  Date Of Birth:_____ Sex: M  F  Race:____ Height:____ Weight:____ Hair:____

____Substitute Service: Left copy of the document(s) at the defendant's usual place of abode with some person of the age of 13 years or upwards and informed that person of the contents thereof. Service was followed by sending a copy of the document(s) in a sealed envelope with postage fully prepaid addressed to the defendant at his/her usual place of abode.

  Name:_____ Relation:_____(live-in)

  Date____/____/____    Time:_____

  Date Of Birth:_____ Sex: M  F  Race:____ Height:____ Weight:____ Hair:____

  Date copy mailed____/____/____

_X_ Service on:   Corporation _X_   Company____   Business____   Other____

  Left a copy of the document(s) with the following:
  Registered Agent____   Officer _X_   Owner____   Authorized Person____   Cert. Mail____

  Name: David Cordray   Title: President
  Date 7/4/08   Time: 1325
  Date Of Birth: 11/11/61   Sex: M F  Race: W  Height: 6'  Weight: 220  Hair: Brn

Subscribed and sworn before me
this ___ day of July, 200_.

_____
Notary Public

_____
*Registered Employee*
Brian W. Stewart & Associates, Inc.
Fee: $ 40
Our Job #: 67369

OFFICIAL SEAL
AMANDA MULLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/14/10

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 3439**

SUMMONS IN A CIVIL CASE

Chicago Regional Council of Carpenters
Pension Fund, et al.

CASE NUMBER:

V.

ASSIGNED JUDGE:

First Carpenter Contractors, Inc. and David
Cordray, individually and d/b/a First Carpenter
Contractors, Inc.

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

First Carpenter Contractors, Inc.
c/o David Cordray, President
10005 Spring Road
Garden Prairie, IL 61038

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin P. McJessy
McJessy, Ching & Thompson
3759 N. Ravenswood, Ste. 231
Chicago, Illinois 60613
(773) 880-1260

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_/s/ Yvette Montano_
(By) DEPUTY CLERK

June 16, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____  _____<br>                *Date*              *Signature of Server*<br><br>                                          *Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.