UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) | |
| | ) | Case No. 08 C 3439 |
| Plaintiffs, | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| FIRST CARPENTER CONTRACTORS, INC., et al., | ) ) | Magistrate Schenkier |
| Defendants. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION

FUND, ET AL. (collectively "Trust Funds"), by their attorney Kevin P. McJessy, hereby move

this Court pursuant to Federal Rules of Civil Procedure 54, 55 and 58 to enter a judgment against

FIRST CARPENTER CONTRACTORS, INC., an Illinois corporation and DAVID CORDRAY,

individually and doing business as First Carpenter Contractors, Inc. In support of their motion,

Plaintiffs state as follows:

1.     The Trust Funds filed a complaint against the Defendants under ERISA to compel

an audit of Defendants' books and records, for collection of unpaid contributions, interest and

liquidated damages, for attorneys' fees and auditors' fees pursuant to ERISA, the collective

bargaining agreements and the trust agreements.

2.     After the lawsuit was filed and served, Defendants cooperated with the Trust

Funds' auditors to complete an audit of its books and records.

3.     The amount owed by Defendants based on the audit is $19,445.78, which includes

$10,574.02 in unpaid contributions, $1,707.31 in interest, $2,114.80 in liquidated damages,

$3,333.25 in auditors' fees, and $1,716.40 in attorneys fees as follows:

A.    $10,574.02 in unpaid contributions pursuant to the audit; *see* Decl. of J. Libby, ¶6, Exhibit A; Decl. of C. Toblesky, ¶3, Exhibit B;

B.    $3,333.25 for auditor's fees incurred by the Trust Funds to complete the audit of Defendants' books and records; *see* Decl. of J. Libby, ¶6, Exhibit A; Decl. of C. Toblesky, ¶2, Exhibit B;

C.    $1,707.31 in interest under ERISA on the amount that is due; *see* 29 U.S.C. § 1132(g)(2)(B); 29 U.S.C. § 1132(g)(2)(C); Decl. of J. Libby, ¶7, Exhibit A; Decl. of C. Toblesky, ¶3, Exhibit B;

D.    $2,114.80 in liquidated damages; *see* Decl. of J. Libby, ¶7, Exhibit A; and

E.    $1,716.40 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D); *see* McJessy Decl., ¶4, Exhibit C).

4.    A proposed draft order is attached as Exhibit D.

WHEREFORE, Plaintiffs the Chicago Regional Council of Carpenters' Fund et al. hereby move this Court to enter judgment in their favor and against Defendants First Carpenter Contractors, Inc. and David Cordray in the amount of $19,445.78 as follows:

A.    $10,574.02 in unpaid contributions pursuant to the audit;

B.    $3,333.25 for auditor's fees of incurred by the Trust Funds to complete the audit of Defendants' books and records;

C.    $1,707.31 in interest under ERISA on the amount that is due;

D.    $2,114.80 in liquidated damages;

E.    $1,716.40 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D);

F.    reasonable attorney' fees and costs incurred by the Trust Funds in enforcing this order; and

G.    such other relief as this Court deems appropriate.

CHICAGO REGIONAL COUNCIL OF CARPENTERS
PENSION FUND et al.


By:   s/ Kevin P. McJessy
         One of their attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)
mcjessy@MCandT.com

## CERTIFICATE OF SERVICE

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Motion for Entry of Judgment** to be served upon

First Carpenter Contractors, Inc. and
David Cordray, President
10005 Spring Rd.
Garden Prairie, IL 61038

via U.S. First Class Mail, postage prepaid, deposited in the United States Mail Depository at 3759 N. Ravenswood, Chicago, Illinois on this 11th day of March 2009.

s/ Kevin P. McJessy
Kevin P. McJessy

08CV 3439

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF | ) | |
| CARPENTERS PENSION FUND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 08 C 3439 |
| v. | ) | |
| | ) | Judge Zagel |
| FIRST CARPENTER CONTRACTORS, INC., | ) | |
| et al., | ) | Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JOHN LIBBY

I, John Libby, hereby declare, under penalty of perjury pursuant to the laws of the United

States, as follows:

1.      I am the Supervisor, Audits & Collections for the Chicago Regional Council of

Carpenters Pension Fund ("Pension Fund"), the Chicago Regional Council of Carpenters

Welfare Fund ("Welfare Fund"), the Chicago and Northeast Illinois Regional Council of

Carpenter Apprentice and Trainee Program ("Trainee Fund") and the Labor/Management Union

Carpentry Cooperation Promotion Fund ("Labor/Management Fund") (collectively "the Trust

Funds").

2.      As part of my duties, I am responsible for supervising and enforcing contributions

for medical, pension and other benefits due from numerous employers pursuant to Collective

Bargaining Agreements between the employers and the Trust Funds and pursuant to the Trust

Agreements.

3.      On August 11, 1994, David Cordray, as President of FIRST CARPENTER

CONTRACTORS, INC. ("Defendant"), and the Chicago and Northeast Illinois District Council

of Carpenters entered into the Collective Bargaining Agreement pursuant to which Defendant

agreed to make contributions to the Trust Funds. A true and accurate copy of this Memorandum of Agreement is attached as Exhibit A-1.

4. Defendant agreed to submit to a periodic audit of its books and records in order to verify the accuracy of the contributions reported and paid to the Trust Funds.

5. Defendant initially refused to produce all records and books necessary for the Trust Funds to conduct an audit of Defendant's fringe benefit contributions. After this lawsuit was filed, Defendant produced its books and records for an audit to the auditing firm engaged by the Trust Funds, Legacy Professionals, LLP.

6. A copy of the audit prepared for the Trust Funds is attached as Exhibit A-2. According to the audit, Defendant owes $10,574.02 in unpaid contributions.

7. A summary of the calculation of accrued interest and liquidated damages is attached hereto as Exhibit A-3. Defendant owes $1,707.31 in unpaid interest and $2,114.80 in liquidated damages.

8. Because Defendant failed to comply with the terms of the Collective Bargaining Agreement and related Trust Agreements, the Trust Funds have had to employ the services of McJessy, Ching & Thompson, LLC. As a result, the Trust Funds incurred additional audit fees and attorneys' fees.

9. I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

FURTHER DECLARANT SAYETH NOT.

_John Libby_     3/10/09

08 CV 3439

**EXHIBIT A-1**

# AGREEMENT

| Firm | First Carpenter Contractors, Inc. | | | Address | 9589 Henninger Drive |
|------|-----|-----|-----|-----|-----|

| City | Belvidere | State | IL | Zip | Phone | 61008 |
|------|-----------|-------|----|----|-------|-------|

THIS AGREEMENT is entered into between CHICAGO AND NORTHEAST ILLINOIS DISTRICT COUNCIL OF CARPENTERS, COOK, DU PAGE, GRUNDY, IROQUOIS, KANE, KANKAKEE, KENDALL, LAKE, MC HENRY AND WILL COUNTIES, ILLINOIS hereinafter sometimes referred to as the "UNION" and

First Carpenter Contractors, Inc.

hereinafter referred to as "EMPLOYER"

The EMPLOYER and the UNION do hereby agree as follows:

1. EMPLOYER recognizes the UNION as the sole and exclusive bargaining agent for and on behalf of the employees of the EMPLOYER coming within the territorial and occupational jurisdiction of the UNION.

2. EMPLOYER agrees to be bound by the terms of the Trust Agreements of the fringe benefit trust funds to which contributions are required to be made under the Agreement referred to in numbered paragraph 3 hereof and all rules and regulation adopted by the Trustees thereof, and agrees to make prompt payments of the per hour contributions with respect to each such Trust Fund.

3. EMPLOYER and the UNION hereby incorporate by reference and agree to be bound through their respective expiration dates by each of the Area Agreements in effect on December 31, 1983 negotiated between subordinated bodies of the United Brotherhood of Carpenters and Joiners of America and certain Employers Associations in counties of Illinois which, effective, on or after January 1, 1984, make up the geographic jurisdiction of the Chicago and Northeast Illinois District Council of Carpenters.

page 1 of 2

dupl
8-25-94

**4.** EMPLOYER and the UNION hereby agree to be bound by the Area Agreements negotiated between the Chicago and Northeast Illinois District Council of Carpenters and the various Employer Associations for the period beginning with the expiration date of the several Agreements referred to in numbered paragraph 3 thereof and ending on the expiration dates of any successor Agreements thereto from year to year thereafter unless the Employer gives written notice to the UNION of a desire to amend or terminate any of such Agreements at least three calendar months prior to the expiration of such Agreement or Agreements.

IN WITNESS WHEREOF, the parties have executed this Agreement the __11th__ day of __August__ , 19 _94_ .

EMPLOYER __First Carpenter__

__Contractors, Inc.__

CHICAGO AND NORTHEAST ILLINOIS DISTRICT COUNCIL OF CARPENTERS

BY: __David Cordray, President__
(Print or Type Name)              (Title)

_Dave Cordray_
(Signature)

_____
Business Representative
William Rabinak

page 2 of 2

08 CV 3439

**EXHIBIT A-2**

Legacy Professionals LLP

# Records Reviewed

| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|
| Employer: | First Carpenter Contractors, Inc. | Contact: | Gina Bye |
| Address: | 677 Fieldcrest Rd. | Title: | Office Manager |
| | Belvidere, IL 61008 | Phone: | 815-608-2438 |
| Phone: | 815-332-5454 | | |

| Audit Results | | Associated Account(s) |
|---|---|---|
| Discrepancy Total Hours | 0.00 | First Carpenter Contractors, Inc. (50303) |
| Discrepancy Benefit Hours | 730.25 | Already in Progress |
| Discrepancy Amount | $10,574.02 | |
| Liquidated Damages | $2,114.80 | |
| Grand Total | $12,688.82 | |

Potential 160 violation

| | Reviewed | Employer Records |
|---|---|---|
| | Yes | Bank Statements |
| | No | Cash Disbursement Journals |
| | Yes | Check Register / Cancelled Checks / Vouchers |
| | No | Construction Loan Data |
| | Yes | Contribution Reports to Audited Funds |
| | Yes | Contribution Reports to All Other Funds |
| | Yes | Federal Income Tax Returns |
| | No | General Ledgers |
| | Yes | Individual Earnings Records |
| | No | Invoices from Sub-Contractors |
| | No | Payroll Journals |
| | Yes | Quarterly Federal Tax Returns (941) |
| | Yes | Quarterly Unemployment Wage Reports |
| | No | Miscellaneous Income Payment Reports (1099) |
| | No | Summary of Information Returns (1096) |
| | No | Time Cards |
| | Yes | Transmittal of Income and Tax Statements (W-3) |
| | No | Vendor List |
| | Yes | Wage and Tax Statements (W-2) |

| Audit Type: | Random | **Potential 160 Violation** |
|---|---|---|
| | | **Copy Forwarded to Attorney** |
| Date Reviewed: | | Reviewer: |

# Discrepancy Summary By Fund

| Account Number: | 20658 | | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|---|
| Employer:<br>Address: | First Carpenter Contractors, Inc.<br>677 Fieldcrest Rd.<br>Belvidere, IL 61008 | | Contact:<br>Title: | Gina Bye<br>Office Manager |
| Phone: | 815-332-5454 | | | |

| Fund | Period Ending | Discrepancy Hours | Contribution Rate | Contributions Due |
|---|---|---|---|---|
| Health & Welfare Fund | 1/06 to 9/06<br>10/06 to 6/07 | 0.00<br>730.25 | 6.76<br>7.96 | $0.00<br>$5,812.79 |
| Fund Totals: | | 730.25 | | $5,812.78 |
| Construction Pension Fund | 1/06 to 9/06<br>10/06 to 6/07 | 0.00<br>730.25 | 3.41<br>3.91 | $0.00<br>$2,855.28 |
| Fund Totals: | | 730.25 | | $2,855.28 |
| Annuity | 1/06 to 9/06<br>10/06 to 6/07 | 0.00<br>730.25 | 1.90<br>2.00 | $0.00<br>$1,460.50 |
| Fund Totals: | | 730.25 | | $1,460.50 |
| Apprentice Program | 1/06 to 9/06<br>10/06 to 6/07 | 0.00<br>730.25 | 0.49<br>0.49 | $0.00<br>$357.82 |
| Fund Totals: | | 730.25 | | $357.82 |

# Discrepancy Summary By Fund

| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|
| Employer: | First Carpenter Contractors, Inc. | Contact: | Gina Bye |
| Address: | 677 Fieldcrest Rd. | Title: | Office Manager |
| | Belvidere, IL 61008 | | |
| Phone: | 815-332-5454 | | |

| Fund | Period Ending | Discrepancy Hours | Contribution Rate | Contributions Due |
|---|---|---|---|---|
| Intl. Fund | 1/06 to 9/06 | 0.00 | 0.06 | $0.00 |
| | 10/06 to 6/07 | 730.25 | 0.06 | $43.82 |
| Fund Totals: | | 730.25 | | $43.82 |
| Labor/Management Education | 1/06 to 9/06 | 0.00 | 0.02 | $0.00 |
| | 10/06 to 6/07 | 730.25 | 0.02 | $14.61 |
| Fund Totals: | | 730.25 | | $14.61 |
| IND ADV / M.I.A.F. | 1/06 to 9/06 | 0.00 | 0.04 | $0.00 |
| | 10/06 to 6/07 | 730.25 | 0.04 | $29.21 |
| Fund Totals: | | 730.25 | | $29.21 |

| | |
|---|---|
| Sub-Total All Funds | $10,574.02 |
| Liquidated Damages | $2,114.80 |
| Total Amount Due to All Funds | $12,688.82 |

# Discrepancy Summary By Month

| Account Number: | 20658 | | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|---|
| Employer:<br>Address: | First Carpenter Contractors, Inc.<br>677 Fieldcrest Rd.<br>Belvidere, IL 61008 | | Contact:<br>Title: | Gina Bye<br>Office Manager |
| Phone: | 815-332-5454 | | Page: | 1 of 6 |

| Reporting Period | Discrepancy<br>Total Hours | Discrepancy<br>Benefit Hours | Contribution<br>Rate | Discrepancy<br>Amount |
|---|---|---|---|---|
| October 2006 | 0.00 | 46.25 | 14.48 | $669.70 |
| November 2006 | 0.00 | 653.75 | 14.48 | $9,466.30 |
| May 2007 | 0.00 | 30.25 | 14.48 | $438.02 |

| | Total<br>Hours | | Benefit<br>Hours | | Discrepancy Amount<br>Liquidated Damages<br>Total Amount Due | $10,574.02<br>$2,114.80<br>$12,688.82 |
|---|---|---|---|---|---|---|
| | | 0.00 | | 730.25 | | |

# Discrepancy Summary By Error Type

| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|
| Employer:<br>Address: | First Carpenter Contractors, Inc.<br>677 Fieldcrest Rd.<br>Belvidere, IL 61008 | Contact:<br>Title: | Gina Bye<br>Office Manager |
| Phone: | 815-332-5454 | Page: | 2 of 6 |

| Code | Description | | Dollar Amount |
|---|---|---|---|
| | **SIGNATORY EMPLOYER: PAYROLL** | | |
| CD1 | Non-Signatory Subcontractor 100% Labor Factor | $ | 10,574.02 |

| | | | |
|---|---|---|---|
| Sub-Total Discrepancies From All Listed Codes | | $ | 10,574.02 |
| Liquidated Damages | | $ | 2,114.80 |
| Total Amount Due | | $ | 12,688.82 |

# Liquidated Damages Schedule

| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|
| Employer: | First Carpenter Contractors, Inc. | Contact: | Gina Bye |
| Address: | 677 Fieldcrest Rd. | Title: | Office Manager |
| | Belvidere, IL 61008 | | |
| Phone: | 815-332-5454 | Page: | 3 of 6 |

| Reporting Period | Contributions Due | Compounding Periods | Calculating Percentage | Total Liquidated Damages Owed |
|---|---|---|---|---|
| October 2006 | 669.70 | 21.00 | 20.00% | 133.94 |
| November 2006 | 9,466.30 | 20.00 | 20.00% | 1,893.26 |
| May 2007 | 438.02 | 14.00 | 20.00% | 87.60 |

| | | | |
|---|---|---|---|
| Total Discrepancies | $ 10,574.02 | Total Damages this Schedule | 2,114.80 |
| | | 20% of Discrepancies | 2,114.80 |
| **Assessed Damages** | | | $2,114.80 |

# Legacy Professionals LLP
## Monthly Detail Report

| | |
|---|---|
| Account Number: | 20658 |
| Employer: | First Carpenter Contractors, Inc. |
| Address: | 677 Fieldcrest Rd. |
| | Belvidere, IL 61008 |
| Phone: | 815-332-5454 |

| | |
|---|---|
| Audit Period: | January 1, 2006 - June 30, 2007 |
| Month: | October 2006 |
| Page # : | 4 of 6 |

| Reference Number | Employee Name | Error Code | Total Hours Reported | Benefit Hours Reported | W/E 6-Oct | W/E 13-Oct | W/E 20-Oct | W/E 27-Oct | W/E | W/E | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | * * * * * Actual Hours Per Week * * * * * | | | | | | | | | |
| 2 | Bye, Jeremy | CD1 | 0.00 | 0.00 | 0.00 | 21.25 | 0.00 | 0.00 | | | 21.25 | 21.25 | 0.00 | 21.25 |
| 3 | Embry, Ben | CD1 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | | | 10.00 | 10.00 | 0.00 | 10.00 |
| 5 | Polinder, Nick | CD1 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | | | 15.00 | 15.00 | 0.00 | 15.00 |
| | Total | | | | 0.00 | 46.25 | 0.00 | 0.00 | 0.00 | | 46.25 | | 0.00 | 46.25 |

Total Items Listed in this Period:     3.00

## Legacy Professionals LLP
# Monthly Detail Report

| | |
|---|---|
| Account Number: | 20658 |

| | | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|
| Employer: | First Carpenter Contractors, Inc. | Month: | November 2006 |
| Address: | 677 Fieldcrest Rd. | | |
| | Belvidere, IL 61008 | Page # : | 5 of 6 |
| Phone: | 815-332-5454 | | |

| Reference Number | Employee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W/E 1-Nov | W/E 8-Nov | W/E 15-Nov | W/E 22-Nov | W/E 29-Nov | | | | |
| 4 | Mitroff Group, Ltd. | CD1 | 0.00 | 0.00 | 0.00 | 653.75 | 0.00 | 0.00 | 0.00 | 653.75 | 653.75 | 0.00 | 653.75 |
| | | Total | 0.00 | 0.00 | 0.00 | 653.75 | 0.00 | 0.00 | 0.00 | 653.75 | | 0.00 | 653.75 |

Total Items Listed in this Period:     1.00

**Legacy Professionals LLP**

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 20658 |
| | |
| Employer: | First Carpenter Contractors, Inc. |
| Address: | 677 Fieldcrest Rd. |
| | Belvidere, IL 61008 |
| Phone: | 815-332-5454 |

| | |
|---|---|
| Audit Period: | January 1, 2006 - June 30, 2007 |
| Month: | May 2007 |
| Page #: | 6 of 6 |

| Reference Number | Employee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * |  |  |  |  | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W/E 2-May | W/E 9-May | W/E 16-May | W/E 23-May | W/E 30-May | | | | |
| 1 | Andco Kitchens and Bath... | CD1 | 0.00 | 0.00 | 30.25 | 0.00 | 0.00 | 0.00 | 0.00 | 30.25 | 30.25 | 0.00 | 30.25 |
| | | Total | | | 30.25 | 0.00 | 0.00 | 0.00 | 0.00 | 30.25 | | 0.00 | 30.25 |

Total Items Listed in this Period: 1.00

# Andco Kitchens and Baths, Inc.

| Check Date | Amount | Comment | Labor Amount | Prevailing Wage Scale | Hours Labor / Rate |
|---|---|---|---|---|---|
| 05/02/07 | 1101.37 | Labor Factor 100% | 1101.37 | 36.52 | 30.25 |
| | | | | Totals | 30.25 |

# Jeremy Bye

| Check Date | Amount | Comment | Labor Amount | Prevailing Wage Scale | Hours Labor / Rate |
|---|---|---|---|---|---|
| 10/13/06 | 490.00 | Labor Factor 100% | 490.00 | 22.96 | 21.25 |

Totals          21.25

# Ben Embry

| Check Date | Amount | Comment | Labor Amount | Prevailing Wage Scale | Hours Labor / Rate |
|---|---|---|---|---|---|
| 10/13/06 | 228.00 | Labor Factor 100% | 228.00 | 22.96 | 10.00 |

Totals                                                                                                10.00

# Mitroff Group Ltd.

| Check Date | Amount | Comment | Labor Amount | Prevailing Wage Scale | Hours Labor / Rate |
|---|---|---|---|---|---|
| 11/06/06 | 23876.00 | Labor Factor 100% | 23876.00 | 36.52 | 653.75 |
| | | | | Totals | 653.75 |

# Nick Polinder

| Check Date | Amount | Comment | Labor Amount | Prevailing Wage Scale | Hours Labor / Rate |
|---|---|---|---|---|---|
| 10/13/06 | 344.00 | Labor Factor 100% | 344.00 | 22.96 | 15.00 |
| | | | | Totals | 15.00 |

# Non-Signatory Sub-Contractors

| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|
| Employer: | First Carpenter Contractors, Inc. | Contact: | Gina Bye |
| Address: | 677 Fieldcrest Rd. | Title: | Office Manager |
| | Belvidere, IL 61008 | | |
| Phone: | 815-332-5454 | | |

**1**
Andco Kitchens and Baths, Inc.
2241 15th Street
Rockford, IL 61104
Phone: 815-398-1550
No invoice provided

**2**
Bye, Jeremy
302 Scarlet Oak Dr.
Poplar Grove, IL 61065
pick-up/scrapping
$22.96

**3**
Embry, Benjamin L.
7572 N. Cherryvale Apt. 102
Cherry Valley, IL 61016
pick-up/scrapping
$22.96

**4**
Mitroff Group Ltd.
2430 South Arlington Heights Rd.
Suite 103
Arlington Heights, IL 60005
No invoice provided

**5**
Polinder, Nick
ADDRESS UNKNOWN

pick-up/scrapping
$22.96

# Potential 160 Rule Persons

| | | | |
|---|---|---|---|
| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
| Employer: | First Carpenter Contractors, Inc. | Contact: | Gina Bye |
| Address: | 677 Fieldcrest Rd. | Title: | Office Manager |
| | Belvidere, IL 61008 | | |
| Phone: | 815-332-5454 | | |

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
Cordray, David E.
10005 Spring Rd.
Garden Prairie, IL 61038
50% Owner, President, Carpenter
Works with tools

Months not at 160 hours:

March 2007 - no hours reported
April 2007 - no hours reported
May 2007 - no hours reported
June 2007 - no hours reported

08 CV3439

**EXHIBIT A-3**

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through March 6, 2009

### Employer Information

| | |
|---|---|
| **File Number** 20658 | |
| **Name** FIRST CARPENTER CONTRS INC | Page Number 1 of 3 |
| **Address** 677 FIELDCREST ROAD | Reference Number: 8-187 |
| **City, State** BELVIDERE, IL. 61008-0382 | Date Printed: 03/06/2009 |
| **Telephone** | |

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest(1) | Total Due |
|---|---|---|---|---|
| October, 2006 | $ 669.70 | $ 361.62 | $ 114.19 | $ 1,145.51 |
| November, 2006 | 9,466.30 | 4,896.18 | 1,541.65 | 15,904.13 |
| May, 2007 | 438.02 | 169.76 | 51.48 | 659.26 |
| **Grand Total (3)** | **$ 10,574.02** | **$ 2,114.80** | **$ 1,707.31** | **$ 14,396.13** |

(1) See Attached Computation
(3) Total Damages Capped at 20.00% in Accordance With ERISA Limitation
**Total Amount Due : $ 14,396.13 If Paid by March 6, 2009**

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through March 6, 2009

## Employer Information

| File Number | 20658 |
| Name | FIRST CARPENTER CONTRS INC |
| Address | 677 FIELDCREST ROAD |
| City, State | BELVIDERE, IL. 61008-0382 |
| Telephone | |

Reference Number: 8-187
Date Computed: 03/06/2009

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| October, 2006 | $ 669.70 | $ 669.70 | 29 | $ 361.62 | $ 361.62 |
| November, 2006 | 9,466.30 | 9,466.30 | 28 | 4,896.18 | 4,896.18 |
| May, 2007 | 438.02 | 438.02 | 22 | 169.76 | 169.76 |
| Total (3) | $ 10,574.02 | | | | $ 2,114.80 |

(2) 1.50% Compounded per Month (or portion thereof)

(3) Total Damages Capped at 20.00% in Accordance With ERISA Limitation

# Computation of Interest
## For The Reporting Period(s) Specified Below
### Computed Through March 6, 2009

### Employer Information

| | |
|---|---|
| **File Number** 20658 | |
| **Name** FIRST CARPENTER CONTRS INC | |
| **Address** 677 FIELDCREST ROAD | Page Number 3 of 3 |
| **City, State** BELVIDERE, IL. 61008-0382 | Reference Number:  8-187 |
| **Telephone** | Date Computed: 03/06/2009 |

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| October, 2006 | $ 669.70 | $ 669.70 | 11/21/2006 – 03/06/2009 | | 837 | $ 114.19 | $ 114.19 |
| November, 2006 | 9,466.30 | 9,466.30 | 12/21/2006 – 03/06/2009 | | 807 | 1,541.65 | 1,541.65 |
| May, 2007 | 438.02 | 438.02 | 06/21/2007 – 03/06/2009 | | 625 | 51.48 | 51.48 |
| **Total** | $ 10,574.02 | | | | | | $ 1,707.31 |

08CV3439

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF | ) | |
| CARPENTERS PENSION FUND, et al., | ) | |
| | ) | 08 C 3439 |
| Plaintiffs, | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| FIRST CARPENTER CONTRACTORS, INC., | ) | Judge Schenkier |
| et al., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JAMES KEMPERAS

I, James Kemperas, hereby declare, under penalty of perjury pursuant to the laws of the

United States, as follows:

1.    I am the Manager of the Compliance Audit Department at the Certified Public

Accounting firm of Legacy Professionals LLC. ("Legacy"). I am familiar with the billings to the

Chicago Regional Council of Carpenters Pension Fund ("Pension Fund"), the Chicago Regional

Council of Carpenters Welfare Fund ("Welfare Fund"), the Chicago and Northeast Illinois

Regional Council of Carpenters Apprentice and Trainee Program ("Trainee Fund"), and the

Labor/Management Union Carpentry Cooperation Promotion Fund ("Labor/Management Fund")

(collectively "the Trust Funds"), including fees and expenses incurred in connection with

auditing the books and records of signatory companies.

2.    In connection with efforts to obtain and conduct an audit of the books and records

of FIRST CARPENTER CONTRACTORS, INC. ("Defendant"), the Trust Funds incurred

$3,333.25 in fees and expenses through February 28, 2009. These efforts were comprised of

communications with the Defendant, review and analysis of the Defendant's books and records,

creation and revision of the audit report, and follow-up communications with the Trust Funds

and its agents. Legacy's rate for its auditors was $67.00 per hour. A breakdown of the fees and costs to the Trust Funds in this matter are attached as Exhibit B-1.

3.     The final audit report prepared by Legacy based on records produced by Defendant is attached as Exhibit B-2.

4.     The audit fees and expenses charged to the Trust Funds in this matter are consistent with Legacy's regular charges for services to the Trust Funds on similar matters.

5.     I have personal knowledge of the matters stated in this declaration and could testify competently to them.

FURTHER AFFIANT SAYETH NOT.

James Kemperas

08CV3439
# EXHIBIT B-1

BLM4325

Legacy Professionals LLP
Job Detail Inquiry

Client: 9425 Chgo RC Carp PRA
Job...: PRI516 First Carpenter Contrs, Inc.

| ******** No. | Employee Name ******** | WIP Date | Serv. Code | Description | Total Hours | Standard Charge | N C |
|---|---|---|---|---|---|---|---|
| 1029 | J Kemperas | 9/18/08 | 40412 | Technical Review | 1.00 | 210.00 | |
| 1827 | B Yackley | 7/29/08 | 40708 | Review CD's/register | 2.25 | 202.50 | |
| 1029 | J Kemperas | 9/19/08 | 40807 | Post review adjust | .75 | 157.50 | |
| 1152 | K Kogut | 7/18/08 | 40424 | Corres. with Atty. | .50 | 97.50 | |
| 1827 | B Yackley | 8/19/08 | 40805 | Prep remarks | 1.00 | 90.00 | |
| 1827 | B Yackley | 8/19/08 | 40803 | Prep report/CD's | 1.00 | 90.00 | |
| 1827 | B Yackley | 8/19/08 | 40801 | Prep work papers | 1.00 | 90.00 | |
| 1827 | B Yackley | 7/30/08 | 40805 | Prep remarks | 1.00 | 90.00 | |
| 1827 | B Yackley | 7/30/08 | 40312 | Database inquiry | 1.00 | 90.00 | |
| 1827 | B Yackley | 7/29/08 | 40707 | Doc nonrep employees | 1.00 | 90.00 | |
| 1787 | C Wilcher | 9/19/08 | 40411 | Quality Control Rev | .75 | 86.25 | |
| 1827 | B Yackley | 8/18/08 | 40805 | Prep remarks | .75 | 67.50 | |
| 1827 | B Yackley | 8/18/08 | 40805 | Prep remarks | .75 | 67.50 | |
| 199 | C Expenses | 8/06/08 | 99910 | Auto - Local_MI Yackley | | 39.20 | |
| 1827 | B Yackley | 8/18/08 | 40803 | Prep report/CD's | .50 | 45.00 | |
| 1827 | B Yackley | 8/18/08 | 40801 | Prep work papers | .50 | 45.00 | |
| 1827 | B Yackley | 8/18/08 | 40312 | Database inquiry | .50 | 45.00 | |
| 1827 | B Yackley | 7/31/08 | 40805 | Prep remarks | .50 | 45.00 | |
| 1827 | B Yackley | 7/31/08 | 40312 | Database inquiry | .50 | 45.00 | |
| 1827 | B Yackley | 7/31/08 | 40705 | Reconcile wages | .50 | 45.00 | |
| 1827 | B Yackley | 7/29/08 | 40711 | Review bank stmts | .50 | 45.00 | |
| 1827 | B Yackley | 7/29/08 | 40702 | Consult-employer | .50 | 45.00 | |
| 1827 | B Yackley | 7/17/08 | 40810 | Post audit con-Fund | .50 | 45.00 | |
| 1827 | B Yackley | 7/29/08 | 40714 | Exit meeting | .25 | 22.50 | |
| 1827 | B Yackley | 7/29/08 | 40713 | call office - field | .25 | 22.50 | |
| 1827 | B Yackley | 7/29/08 | 40704 | Classify employees | .25 | 22.50 | |
| 1827 | B Yackley | 7/29/08 | 40701 | Review prov records | .25 | 22.50 | |
| 1827 | B Yackley | 7/28/08 | 40316 | consult in-house | .25 | 22.50 | |
| 1827 | B Yackley | 7/21/08 | 40317 | prep/mail confirm | .25 | 22.50 | |
| 1827 | B Yackley | 7/21/08 | 40313 | Calls to employer | .25 | 22.50 | |
| 1827 | B Yackley | 7/18/08 | 40313 | Calls to employer | .25 | 22.50 | |
| 199 | C Expenses | 8/06/08 | 99912 | Local-Parking/T Yackley | | 1.35 | |

Total Hours: 19.25

Standard Charge: 2054.30

BLM325

Legacy Professionals LLP
Job Detail Inquiry

Client: 9425 Chgo RC Carp PBA
Job...: PR1516 First Carpenter Contrs, Inc.

Date: 3/10/09
Time: 17:28:55

| ******** No. | Employee Name ******** | WIP Date | Serv. Code | Description | Total Hours | Standard Charge | N C |
|---|---|---|---|---|---|---|---|
| 1827 | B Yackley | 12/13/07 | 40805 | Prep remarks | 1.75 | 148.75 | |
| 1029 | J Kemperas | 12/13/07 | 40412 | Technical Review | .50 | 102.50 | |
| 1152 | C Kogut | 10/17/07 | 40425 | Consultation-Inhouse | .50 | 95.00 | |
| 1827 | B Yackley | 12/13/07 | 40801 | Prep work papers | 1.00 | 85.00 | |
| 1827 | B Yackley | 10/30/07 | 40711 | Review bank stmts | 1.00 | 85.00 | |
| 1827 | B Yackley | 12/13/07 | 40803 | Prep report/CD's | .75 | 63.75 | |
| 1827 | B Yackley | 10/04/07 | 40708 | Review CD's/register | .75 | 63.75 | |
| 1827 | B Yackley | 10/04/07 | 40706 | Verify reported hrs | .75 | 63.75 | |
| 1029 | J Kemperas | 9/10/07 | 40311 | Initial file prep | .25 | 51.25 | |
| 199 | C Expenses | 10/17/07 | 99910 | Auto - Local Mi Yackley | | 35.41 | |
| 1827 | B Yackley | 12/13/07 | 40802 | Prep report/payroll | .50 | 42.50 | |
| 1827 | B Yackley | 12/14/07 | 40801 | Prep work papers | .50 | 42.50 | |
| 1827 | B Yackley | 12/14/07 | 40805 | Prep remarks | .50 | 42.50 | |
| 1827 | B Yackley | 10/04/07 | 40705 | Rev CR's other Funds | .50 | 42.50 | |
| 1827 | B Yackley | 10/04/07 | 40703 | Reconcile wages | .50 | 42.50 | |
| 1827 | B Yackley | 10/04/07 | 40702 | Consult-employer | .50 | 42.50 | |
| 1827 | B Yackley | 10/30/07 | 40702 | Consult-employer | .25 | 21.25 | |
| 1827 | B Yackley | 10/19/07 | 40702 | Consult-employer | .25 | 21.25 | |
| 1827 | B Yackley | 10/04/07 | 40714 | Exit meeting | .25 | 21.25 | |
| 1827 | B Yackley | 10/04/07 | 40711 | Review bank stmts | .25 | 21.25 | |
| 1827 | B Yackley | 10/04/07 | 40704 | Classify employees | .25 | 21.25 | |
| 1827 | B Yackley | 10/04/07 | 40701 | Review prov records | .25 | 21.25 | |
| 1827 | B Yackley | 9/19/07 | 40317 | prep/mail confirm | .25 | 21.25 | |
| 1827 | B Yackley | 9/06/07 | 40320 | print CR's | .25 | 21.25 | |
| 1827 | B Yackley | 9/06/07 | 40320 | print CR's | .25 | 21.25 | |
| 1762 | N Nigliazzo | 9/04/07 | 40311 | Initial file prep | .25 | .40 | |
| 199 | C Expenses | 10/17/07 | 99912 | Local-Parking/T Yackley | | | |
|  |  |  |  |  | --------- | --------- | |
|  |  |  |  |  | 12.75 | 1262.06 | |

BLM325

Legacy Professionals LLP
Job Detail Inquiry

Client:  9425  Chgo RC Carp PBA
Job...:  PR1516  First Carpenter Contrs, Inc.

| ******* | Employee ******** | WIP | Serv. | | Total | Standard | N |
| No. | Name | Date | Code | Description | Hours | Charge | C |
| 781 | J McCord | 12/21/07 | 40404 | Report Processing | .25 | 16.25 | |
| 1152 | C Kogut | 12/17/07 | 40401 | Audit Preparation | .50 | 95.00 | |
| 1029 | J Komperas | 12/17/07 | 40412 | Technical Review | .50 | 102.50 | |
| 1827 | B Yackley | 12/17/07 | 40007 | Post review adjust | .25 | 21.25 | |
| | | | | | ------ | ------ | |
| | | | | | 1.50 | 235.00 | |

BLM325

Legacy Professionals LLP
Job Detail Inquiry

Date: 3/10/09
Time: 17:29:29

Client: 9425 Chgo RC Carp FRA
Job..: PR1533 First Carpenter Contractors

| ******** No. | Employee Name ******** | WIP Date | Serv. Code | Description | Total Hours | Standard Charge | N C |
|---|---|---|---|---|---|---|---|
| 1029 | J Kemperas | 12/13/07 | 40412 | Technical Review | .50 | 102.50 | |
| 1827 | B Yackley | 10/04/07 | 40708 | Review CD's/register | .75 | 63.75 | |
| 1827 | B Yackley | 10/04/07 | 40706 | Verify reported hrs | .75 | 63.75 | |
| 199 | C Expenses | 10/17/07 | 99910 | Auto - Local Mi Yackley | | 35.41 | |
| 1827 | B Yackley | 12/13/07 | 40803 | Prep report/CD's | .50 | 42.50 | |
| 1827 | B Yackley | 12/13/07 | 40802 | Prep report/payroll | .50 | 42.50 | |
| 1827 | B Yackley | 12/13/07 | 40801 | Prep work papers | .50 | 42.50 | |
| 1827 | B Yackley | 11/26/07 | 40806 | Prep rec needed doc | .50 | 42.50 | |
| 1827 | B Yackley | 10/16/07 | 40701 | Review prov records | .50 | 42.50 | |
| 1827 | B Yackley | 10/04/07 | 40711 | Review bank stmts | .50 | 42.50 | |
| 1827 | B Yackley | 10/04/07 | 40704 | Classify employees | .50 | 42.50 | |
| 1827 | B Yackley | 10/04/07 | 40703 | Reconcile wages | .50 | 42.50 | |
| 1827 | B Yackley | 12/13/07 | 40805 | Prep remarks | .50 | 42.50 | |
| 1827 | B Yackley | 12/14/07 | 40805 | Prep remarks | .25 | 21.25 | |
| 1827 | B Yackley | 12/14/07 | 40801 | Prep work papers | .25 | 21.25 | |
| 1827 | B Yackley | 11/12/07 | 40701 | Review prov records | .25 | 21.25 | |
| 1827 | B Yackley | 11/07/07 | 40313 | Calls to employer | .25 | 21.25 | |
| 1827 | B Yackley | 10/04/07 | 40714 | Exit meeting | .25 | 21.25 | |
| 1827 | B Yackley | 10/04/07 | 40705 | Rev CR's other funds | .25 | 21.25 | |
| 1827 | B Yackley | 10/04/07 | 40702 | Consult-emp/over | .25 | 21.25 | |
| 1827 | B Yackley | 10/04/07 | 40701 | Review prov records | .25 | 21.25 | |
| 1827 | B Yackley | 10/03/07 | 40313 | Calls to employer | .25 | 21.25 | |
| 1827 | B Yackley | 9/19/07 | 40313 | Calls to employer | .25 | 21.25 | |
| 1827 | B Yackley | 9/17/07 | 40313 | Calls to employer | .25 | 21.25 | |
| 1827 | M Migliazzo | 9/06/07 | 40311 | Initial file prep | .25 | 21.25 | |
| 199 | C Expenses | 10/17/07 | 99912 | Local-Parking/T Yackley | | .40 | |
| | | | | | 9.50 | 903.31 | |

BLM325

Legacy Professionals LLP
Job Detail Inquiry

Client: 9425  Chgo RC Carp PRA
Job...: PR1533  First Carpenter Contractors

Date: 3/10/09
Time: 17:33:46

| ******** Employee ******** No. | Name | NIP Date | Serv. Code | Description | Total Hours | Standard Charge | N C |
|---|---|---|---|---|---|---|---|
| 781 | J McCord | 12/21/07 | 40404 | Report Processing | .25 | 16.25 | |
| 1827 | B Yackley | 12/20/07 | 40807 | Post review adjust | .25 | 21.25 | |
| 1152 | C Kogut | 12/17/07 | 40401 | Audit Preparation | .50 | 95.00 | |
| 1029 | J Kemperas | 12/17/07 | 40412 | Technical Review | .50 | 102.50 | |
| 1827 | B Yackley | 12/17/07 | 40807 | Post review adjust | .25 | 21.25 | |
| | | | | | ----- | ------ | |
| | | | | | 1.75 | 256.25 | |

Legacy Professionals LLP
Job Detail Inquiry

Client:  9425   Chgo RC Carp PRA
Job ...:  PR1533  First Carpenter Contractors

| ******** No. | Employee ******** Name | WIP Date | Serv. Code | Description | Total Hours | Standard Charge | N C |
|---|---|---|---|---|---|---|---|
| 1845 | A Derrick | 10/06/08 | 40733 | Doc nonrep emp RC | 1.50 | 135.00 | |
| 1029 | J Kemperas | 9/19/08 | 40807 | Post review adjust | .25 | 52.50 | |
| 1787 | C Wilcher | 9/19/08 | 40411 | Quality Control Rev | .50 | 57.50 | |
| 1029 | J Kemperas | 9/18/08 | 40412 | Technical Review | .25 | 52.50 | |
| 1827 | B Yackley | 8/19/08 | 40805 | Prep remarks | .25 | 22.50 | |
| 1827 | B Yackley | 8/19/08 | 40801 | Prep work papers | .25 | 22.50 | |
| 1827 | B Yackley | 8/18/08 | 40803 | Prep report/CD's | .50 | 45.00 | |
| 1827 | B Yackley | 8/18/08 | 40801 | Prep work papers | .50 | 45.00 | |
| 1827 | B Yackley | 8/18/08 | 40312 | Database inquiry | .50 | 45.00 | |
| 1827 | B Yackley | 8/11/08 | 40313 | Calls to employer | .25 | 22.50 | |
| 199 | C Expenses | 8/06/08 | 99912 | Local-Parking/T Yackley | | 1.20 | |
| 199 | C Expenses | 8/06/08 | 99910 | Auto - Local Mi Yackley | | 39.20 | |
| 1827 | B Yackley | 7/29/08 | 40313 | Calls to employer | .25 | 22.50 | |
| | | | | | ------- | ------- | |
| | | | | | 5.00 | 562.90 | |

08 CV 3439

**EXHIBIT B-2**

Legacy Professionals LLP

# Records Reviewed

| | | | |
|---|---|---|---|
| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
| Employer: | First Carpenter Contractors, Inc. | Contact: | Gina Bye |
| Address: | 677 Fieldcrest Rd. | Title: | Office Manager |
| | Belvidere, IL 61008 | Phone: | 815-608-2438 |
| Phone: | 815-332-5454 | | |

| Audit Results | |
|---|---|
| Discrepancy Total Hours | 0.00 |
| Discrepancy Benefit Hours | 730.25 |
| Discrepancy Amount | $10,574.02 |
| Liquidated Damages | $2,114.80 |
| Grand Total | $12,688.82 |

*Potential 160 violation* (watermark)

| Associated Account(s) |
|---|
| First Carpenter Contractors, Inc. (50303) |
| Already in Progress |

| Reviewed | Employer Records |
|---|---|
| Yes | Bank Statements |
| No | Cash Disbursement Journals |
| Yes | Check Register / Cancelled Checks / Vouchers |
| No | Construction Loan Data |
| Yes | Contribution Reports to Audited Funds |
| Yes | Contribution Reports to All Other Funds |
| Yes | Federal Income Tax Returns |
| No | General Ledgers |
| Yes | Individual Earnings Records |
| No | Invoices from Sub-Contractors |
| No | Payroll Journals |
| Yes | Quarterly Federal Tax Returns (941) |
| Yes | Quarterly Unemployment Wage Reports |
| No | Miscellaneous Income Payment Reports (1099) |
| No | Summary of Information Returns (1096) |
| No | Time Cards |
| Yes | Transmittal of Income and Tax Statements (W-3) |
| No | Vendor List |
| Yes | Wage and Tax Statements (W-2) |

| | | | |
|---|---|---|---|
| Audit Type: | Random | **Potential 160 Violation** | |
| | | **Copy Forwarded to Attorney** | |
| Date Reviewed: | | Reviewer: | |

# Discrepancy Summary By Fund

| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|
| Employer:<br>Address: | First Carpenter Contractors, Inc.<br>677 Fieldcrest Rd.<br>Belvidere, IL 61008 | Contact:<br>Title: | Gina Bye<br>Office Manager |
| Phone: | 815-332-5454 | | |

| Fund | Period<br>Ending | Discrepancy<br>Hours | Contribution<br>Rate | Contributions<br>Due |
|---|---|---|---|---|
| Health & Welfare Fund | 1/06 to 9/06<br>10/06 to 6/07 | 0.00<br>730.25 | 6.76<br>7.96 | $0.00<br>$5,812.79 |
| Fund Totals: | | 730.25 | | $5,812.78 |
| Construction Pension Fund | 1/06 to 9/06<br>10/06 to 6/07 | 0.00<br>730.25 | 3.41<br>3.91 | $0.00<br>$2,855.28 |
| Fund Totals: | | 730.25 | | $2,855.28 |
| Annuity | 1/06 to 9/06<br>10/06 to 6/07 | 0.00<br>730.25 | 1.90<br>2.00 | $0.00<br>$1,460.50 |
| Fund Totals: | | 730.25 | | $1,460.50 |
| Apprentice Program | 1/06 to 9/06<br>10/06 to 6/07 | 0.00<br>730.25 | 0.49<br>0.49 | $0.00<br>$357.82 |
| Fund Totals: | | 730.25 | | $357.82 |

# Discrepancy Summary By Fund

| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|
| Employer: | First Carpenter Contractors, Inc. | Contact: | Gina Bye |
| Address: | 677 Fieldcrest Rd. | Title: | Office Manager |
| | Belvidere, IL 61008 | | |
| Phone: | 815-332-5454 | | |

| Fund | Period Ending | Discrepancy Hours | Contribution Rate | Contributions Due |
|---|---|---|---|---|
| Intl. Fund | 1/06 to 9/06 | 0.00 | 0.06 | $0.00 |
| | 10/06 to 6/07 | 730.25 | 0.06 | $43.82 |
| Fund Totals: | | 730.25 | | $43.82 |
| Labor/Management Education | 1/06 to 9/06 | 0.00 | 0.02 | $0.00 |
| | 10/06 to 6/07 | 730.25 | 0.02 | $14.61 |
| Fund Totals: | | 730.25 | | $14.61 |
| IND ADV / M.I.A.F. | 1/06 to 9/06 | 0.00 | 0.04 | $0.00 |
| | 10/06 to 6/07 | 730.25 | 0.04 | $29.21 |
| Fund Totals: | | 730.25 | | $29.21 |

| | |
|---|---|
| Sub-Total All Funds | $10,574.02 |
| Liquidated Damages | $2,114.80 |
| Total Amount Due to All Funds | $12,688.82 |

# Discrepancy Summary By Month

| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|
| Employer: | First Carpenter Contractors, Inc. | Contact: | Gina Bye |
| Address: | 677 Fieldcrest Rd. | Title: | Office Manager |
| | Belvidere, IL 61008 | | |
| Phone: | 815-332-5454 | Page: | 1 of 6 |

| Reporting Period | Discrepancy Total Hours | Discrepancy Benefit Hours | Contribution Rate | Discrepancy Amount |
|---|---|---|---|---|
| October 2006 | 0.00 | 46.25 | 14.48 | $669.70 |
| November 2006 | 0.00 | 653.75 | 14.48 | $9,466.30 |
| May 2007 | 0.00 | 30.25 | 14.48 | $438.02 |

| Total Hours | 0.00 | Benefit Hours | 730.25 | Discrepancy Amount | $10,574.02 |
|---|---|---|---|---|---|
| | | | | Liquidated Damages | $2,114.80 |
| | | | | Total Amount Due | $12,688.82 |

# Discrepancy Summary By Error Type

| | | | |
|---|---|---|---|
| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
| Employer: | First Carpenter Contractors, Inc. | Contact: | Gina Bye |
| Address: | 677 Fieldcrest Rd. | Title: | Office Manager |
| | Belvidere, IL 61008 | | |
| Phone: | 815-332-5454 | Page: | 2 of 6 |

| Code | Description | Dollar Amount |
|---|---|---|
| | **SIGNATORY EMPLOYER: PAYROLL** | |
| CD1 | Non-Signatory Subcontractor 100% Labor Factor | $ 10,574.02 |
| | Sub-Total Discrepancies From All Listed Codes | $ 10,574.02 |
| | Liquidated Damages | $ 2,114.80 |
| | Total Amount Due | $ 12,688.82 |

# Liquidated Damages Schedule

| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|
| Employer: | First Carpenter Contractors, Inc. | Contact: | Gina Bye |
| Address: | 677 Fieldcrest Rd. | Title: | Office Manager |
| | Belvidere, IL 61008 | | |
| Phone: | 815-332-5454 | Page: | 3 of 6 |

| Reporting Period | Contributions Due | Compounding Periods | Calculating Percentage | Total Liquidated Damages Owed |
|---|---|---|---|---|
| October 2006 | 669.70 | 21.00 | 20.00% | 133.94 |
| November 2006 | 9,466.30 | 20.00 | 20.00% | 1,893.26 |
| May 2007 | 438.02 | 14.00 | 20.00% | 87.60 |

| | | | Total Damages this Schedule | 2,114.80 |
|---|---|---|---|---|
| Total Discrepancies | $ | 10,574.02 | 20% of Discrepancies | 2,114.80 |

| Assessed Damages | | | | $2,114.80 |
|---|---|---|---|---|

# Legacy Professionals LLP
# Monthly Detail Report

| | | |
|---|---|---|
| Account Number: | 20658 | Audit Period: January 1, 2006 – June 30, 2007 |
| Employer: | First Carpenter Contractors, Inc. | Month: October 2006 |
| Address: | 677 Fieldcrest Rd.<br>Belvidere, IL 61008 | Page # : 4 of 6 |
| Phone: | 815-332-5454 | |

| Reference Number | Employee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W/E 6-Oct | W/E 13-Oct | W/E 20-Oct | W/E 27-Oct | W/E | W/E | | | | |
| 2 | Bye, Jeremy | CD1 | 0.00 | 0.00 | 0.00 | 21.25 | 0.00 | 0.00 | | | 21.25 | 21.25 | 0.00 | 21.25 |
| 3 | Embry, Ben | CD1 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | | | 10.00 | 10.00 | 0.00 | 10.00 |
| 5 | Polinder, Nick | CD1 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | | | 15.00 | 15.00 | 0.00 | 15.00 |
| | | Total | | | 0.00 | 46.25 | 0.00 | 0.00 | 0.00 | 0.00 | 46.25 | | 0.00 | 46.25 |

Total Items Listed in this Period:     3.00

**Legacy Professionals LLP**

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 20658 |
| Employer: | First Carpenter Contractors, Inc. |
| Address: | 677 Fieldcrest Rd. |
| | Belvidere, IL 61008 |
| Phone: | 815-332-5454 |

| | |
|---|---|
| Audit Period: | January 1, 2006 - June 30, 2007 |
| Month: | November 2006 |
| Page # : | 5 of 6 |

| Reference Number | Employee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * Actual Hours Per Week * * * * | | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W/E 1-Nov | W/E 8-Nov | W/E 15-Nov | W/E 22-Nov | W/E 29-Nov | Total Hours | | | |
| 4 | Mitroff Group, Ltd. | CD1 | 0.00 | 0.00 | 0.00 | 653.75 | 0.00 | 0.00 | 0.00 | 653.75 | 653.75 | 0.00 | 653.75 |
| | | Total | 0.00 | | 0.00 | 653.75 | 0.00 | 0.00 | 0.00 | 653.75 | | 0.00 | 653.75 |

Total Items Listed in this Period:     1.00

**Legacy Professionals LLP**

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 20658 |
| | |
| Employer: | First Carpenter Contractors, Inc. |
| Address: | 677 Fieldcrest Rd. |
| | Belvidere, IL 61008 |
| Phone: | 815-332-5454 |

| | |
|---|---|
| Audit Period: | January 1, 2006 – June 30, 2007 |
| Month: | **May 2007** |
| Page # : | 6 of 6 |

| Reference Number | Employee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * |||||| Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W/E 2-May | W/E 9-May | W/E 16-May | W/E 23-May | W/E 30-May | | | | |
| 1 | Andco Kitchens and Bath.... | CD1 | 0.00 | 0.00 | 30.25 | 0.00 | 0.00 | 0.00 | 0.00 | 30.25 | 30.25 | 0.00 | 30.25 |
| | | Total | | | 30.25 | 0.00 | 0.00 | 0.00 | 0.00 | 30.25 | | 0.00 | 30.25 |

Total Items Listed in this Period:     1.00

# Andco Kitchens and Baths, Inc.

| Check Date | Amount | Comment | Labor Amount | Prevailing Wage Scale | Hours Labor / Rate |
|---|---|---|---|---|---|
| 05/02/07 | 1101.37 | Labor Factor 100% | 1101.37 | 36.52 | 30.25 |
| | | | | Totals | 30.25 |

# Jeremy Bye

| Check Date | Amount | Comment | Labor Amount | Prevailing Wage Scale | Hours Labor / Rate |
|---|---|---|---|---|---|
| 10/13/06 | 490.00 | Labor Factor 100% | 490.00 | 22.96 | 21.25 |

Totals                                                    21.25

# Ben Embry

| Check Date | Amount | Comment | Labor Amount | Prevailing Wage Scale | Hours Labor / Rate |
|---|---|---|---|---|---|
| 10/13/06 | 228.00 | Labor Factor 100% | 228.00 | 22.96 | 10.00 |

Totals 10.00

# Mitroff Group Ltd.

| Check Date | Amount | Comment | Labor Amount | Prevailing Wage Scale | Hours Labor / Rate |
|---|---|---|---|---|---|
| 11/06/06 | 23876.00 | Labor Factor 100% | 23876.00 | 36.52 | 653.75 |

Totals 653.75

# Nick Polinder

| Check Date | Amount | Comment | Labor Amount | Prevailing Wage Scale | Hours Labor / Rate |
|---|---|---|---|---|---|
| 10/13/06 | 344.00 | Labor Factor 100% | 344.00 | 22.96 | 15.00 |

Totals 15.00

# Non-Signatory Sub-Contractors

| | | | |
|---|---|---|---|
| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
| Employer: | First Carpenter Contractors, Inc. | Contact: | Gina Bye |
| Address: | 677 Fieldcrest Rd. | Title: | Office Manager |
| | Belvidere, IL 61008 | | |
| Phone: | 815-332-5454 | | |

**1**
Andco Kitchens and Baths, Inc.
2241 15th Street
Rockford, IL 61104
Phone: 815-398-1550
No invoice provided

**2**
Bye, Jeremy
302 Scarlet Oak Dr.
Poplar Grove, IL 61065
pick-up/scrapping
$22.96

**3**
Embry, Benjamin L.
7572 N. Cherryvale Apt. 102
Cherry Valley, IL 61016
pick-up/scrapping
$22.96

**4**
Mitroff Group Ltd.
2430 South Arlington Heights Rd.
Suite 103
Arlington Heights, IL 60005
No invoice provided

**5**
Polinder, Nick
ADDRESS UNKNOWN

pick-up/scrapping
$22.96

# Potential 160 Rule Persons

| Account Number: | 20658 | Audit Period: | January 1, 2006 - June 30, 2007 |
|---|---|---|---|
| Employer: | First Carpenter Contractors, Inc. | Contact: | Gina Bye |
| Address: | 677 Fieldcrest Rd. | Title: | Office Manager |
| | Belvidere, IL 61008 | | |
| Phone: | 815-332-5454 | | |

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
Cordray, David E.
10005 Spring Rd.
Garden Prairie, IL 61038
50% Owner, President, Carpenter
Works with tools

Months not at 160 hours:

March 2007 - no hours reported
April 2007 - no hours reported
May 2007 - no hours reported
June 2007 - no hours reported

08 CV 3439

# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) | 08 C 3439 |
| v. | ) ) | Judge Zagel |
| FIRST CARPENTER CONTRACTORS, INC., et al., | ) ) ) | Magistrate Schenkier |
| Defendant. | ) ) | |

## **DECLARATION OF KEVIN P. MCJESSY**

I, Kevin P. McJessy, hereby declare, under penalty of perjury pursuant to the laws of the United States, as follows:

1.      I am one of the attorneys representing the Chicago Regional Council of Carpenters Pension Fund ("Pension Fund"), the Chicago Regional Council of Carpenters Welfare Fund ("Welfare Fund"), the Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program ("Trainee Fund"), and the Labor/Management Union Carpentry Cooperation Promotion Fund ("Labor/Management Fund") (collectively "the Trust Funds") in the above-captioned lawsuit ("Lawsuit") against FIRST CARPENTER CONTRACTORS, INC. and DAVID CORDRAY ("Defendants").

2.      I have been licensed to practice law in the State of Illinois and the United States District Court for the Northern District of Illinois since 1995. I am an attorney with McJessy, Ching & Thompson, LLC ("MC&T").

3.      As part of my practice, I handle claims under ERISA. I personally represented the Trust Funds in this Lawsuit. I have represented the Trust Funds in this Lawsuit since its inception.

4. The Trust Funds have incurred $1,716.40 in fees and expenses to compel Defendants to comply with its obligations under the terms of the Collective Bargaining Agreement and applicable trust agreements. A redacted copy of the billing statement from MC&T from the inception of this lawsuit to the present, redacted to protect privileged communications, is attached as Exhibit C-1.

a) **Fees.** The Trust Funds have collectively incurred fees totaling $1,216.00 for 7.6 hours of attorney services. The hourly rate for attorneys at MC&T for ERISA litigation for the Trust Funds is $160 per hour. The Trust Funds have collectively incurred fees totaling $78.00 for 1.3 hours of paralegal time. The hourly rate for paralegals at MC&T for ERISA litigation for the Trust Funds is $60 per hour. The Trust Funds incurred these fees in connection with efforts to obtain Defendant's compliance with the terms of the Collective Bargaining Agreement and Trust Agreements.

b) **Costs.** The Trust Funds incurred $422.40 in expenses for court costs, process servers, postage and photocopy charges.

5. The attorneys' fees, paralegal fees and costs charged to the Trust Funds in this matter are consistent with MC&T's regular charges for services to the Trust Funds on similar matters.

6. I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

FURTHER AFFIANT SAYETH NOT.

_____
Kevin P. McJessy

08 CV 3439
# EXHIBIT C-1

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Inv# | Bld Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|

**1000    Chicago Regional Council of Carpenters**
**0109-FIRS    First Carpenter Contractors, Inc.**        Resp Lawyer: RM

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts | Disbs | Fees | Inv# | Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun 6/2008 32330 | Lawyer: ATT 1.00 Hrs X 160.00 Drafted complaint; reviewed audit referral materials as necessary to prepare complaint. | | | | 160.00 | 2549 | | | | |
| Jun 6/2008 32684 | Lawyer: SK 0.40 Hrs X 60.00 Initial review of audit referral file; online search of Illinois Secretary of State for registered agent information for summonses; prepared summons to First Carpenter and D. Cordray, appearance and civil cover sheet. | | | | 24.00 | 2549 | | | | |
| Jun 9/2008 32349 | Lawyer: KM 0.70 Hrs X 160.00 Edited and revised complaint and reviewed audit file materials as necessary to confirm allegations and information for complaint; final review and approval of summons, civil cover and filings. | | | | 112.00 | 2549 | | | | |
| Jun 16/2008 31547 | Lawyer: SK 0.60 Hrs X 60.00 Filed complaint, summonses, appearance and civil cover sheet electronically with court; confer with Stewart and Associates re: service of same; prepared correspondence to Stewart and Associates forwarding documents for service; updated open file report to add court information. | | | | 36.00 | 2549 | | | | |
| Jun 16/2008 31560 | Lawyer: KM 0.50 Hrs X 160.00 Final review and edits to complaint; reviewed audit referral materials to ensure accuracy of allegations. | | | | 80.00 | 2549 | | | | |
| Jun 16/2008 32212 | Expense Recovery Postage Recovery | 00130 | | 0.93 | | 2549 | | | | |
| Jun 30/2008 32186 | Expense Recovery Photocopy Recovery | 00129 | | 2.28 | | 2549 | | | | |
| Jul 11/2008 32312 | Lawyer: SK 0.30 Hrs X 60.00 Reviewed affidavits of service upon First Carpenter Contractors and D. Cordray; filed affidavits of service electronically with court. | | | | 18.00 | 2611 | | | | |
| Jul 15/2008 32709 | Billing on Invoice 2549 FEES 412.00 DISBS 3.21 | | | 0.00 | | 2549 | | | | |
| Jul 17/2008 33660 | Lawyer: KM 0.60 Hrs X 160.00 Telephone call from D. Cordray re: consent to audit and information to contact auditor; prepared correspondence to C. Kogut re: information to schedule audit; confer with B. Yackley re: arrangements for audit; prepared correspondence to B. Yackley and N. Lagalo re: forwarding information for audit. | | | | 96.00 | 2611 | | | | |
| Jul 18/2008 32821 | Capital One Services Filing Fee - | 2574 | | 350.00 | | 2611 | | | | |
| Jul 21/2008 32849 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed correspondence from B. Yackley re: status of audit. | | | | 16.00 | 2611 | | | | |
| Jul 28/2008 32900 | Chicago Regional Council of Carpe PMT - | 00584 | 415.21 | | | 2611 | | | | |
| Jul 28/2008 32930 | Stewart and Associates Process Server recovery - First Carpenter Contractors | 2583 | | 40.00 | | 2611 | | | | |
| Jul 28/2008 32931 | Stewart and Associates Process Server recovery - David Cordray | 2583 | | 20.00 | | 2611 | | | | |
| Aug 14/2008 34172 | Lawyer: KM 0.20 Hrs X 160.00 Prepared correspondence to B. Yaxkley re: inquiry on status of audit; reviewed correspondence from B. Yackley re: summary of audit status and recent communications with D. Cordray regarding K. Bye. | | | | 32.00 | 2678 | | | | |
| Aug 15/2008 | Lawyer: KM 0.10 Hrs X 160.00 | | | | | | | | | |

McJessy, Ching & Thompson, LLC
Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Trust Activity Acc | Trust Rcpts | Trust Disbs | Trust Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 34181 | Reviewed correspondence from B. Yackley re: audit report to be produced within the next few days. | | | | 16.00 | 2678 | | | | |
| Aug 20/2008 33682 | Billing on Invoice 2611 FEES 130.00 DISBS 410.00 | | | 0.00 | | 2611 | | | | |
| Aug 21/2008 33687 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed correspondence from B. Yackley re: audit report should be done this week. | | | | 16.00 | 2678 | | | | |
| Sep 3/2008 33929 | Chicago Regional Council of Carpe PMT - | 00596 | 540.00 | | | | | | | |
| Sep 15/2008 34419 | Billing on Invoice 2678 FEES 64.00 | | | 0.00 | | 2678 | | | | |
| Oct 17/2008 35097 | Billing on Invoice 2768 | | | 0.00 | | 2768 | | | | |
| Oct 20/2008 35116 | Chicago Regional Council of Carpe PMT - | 00625 | 64.00 | | | | | | | |
| Oct 23/2008 35739 | Lawyer: KM 1.50 Hrs X 160.00 Reviewed audit report and referral file materials; telephone call with N. Lagalo re: ▓▓▓▓▓; prepared correspondence to B. Yackley re: seeking audit fees; reviewed correspondence from C. Kogut re: forwarding audit fees; ;prepared correspondence to D. Cordray re: forwarding audit report; telephone call to N. Lagalo re: ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ | | | | 240.00 | 2840 | | | | |
| Oct 24/2008 35287 | Expense Recovery Postage Recovery | 00137 | | 1.51 | | 2840 | | | | |
| Oct 24/2008 35740 | Lawyer: KM 0.40 Hrs X 160.00 Reviewed correspondence from N. Lagalo re: ▓▓▓▓▓ revised letter to First Carpentry to fill in missing information; | | | | 64.00 | 2840 | | | | |
| Oct 31/2008 35294 | Expense Recovery Photocopy Recovery | 00138 | | 5.76 | | 2840 | | | | |
| Nov 21/2008 36912 | Billing on Invoice 2840 FEES 304.00 DISBS 7.27 | | | 0.00 | | 2840 | | | | |
| Dec 22/2008 36920 | Chicago Regional Council of Carpe PMT - | 00652 | 311.27 | | | | | | | |
| Jan 8/2009 37881 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed ECF court order of Judge Zagel re: set hearing date. | | | | 16.00 | 2952 | | | | |
| Feb 13/2009 38453 | Lawyer: KM 0.20 Hrs X 160.00 Telephone call with N. Lagalo re: ▓▓▓▓▓▓▓ | | | | 32.00 | | | | | |
| Feb 17/2009 38155 | Billing on Invoice 2952 FEES 16.00 | | | 0.00 | | 2952 | | | | |
| Feb 27/2009 38346 | Expense Recovery Photocopy Recovery | 00146 | | 1.92 | | | | | | |
| Mar 6/2009 38456 | Lawyer: KM 2.10 Hrs X 160.00 Prepared affidavit of J. Libby; prepared affidavit of C. Toblesky; prepared affidavit of K. McJessy, reviewed file materials as necessary to prepare declarations; prepared motion for entry of judgment; prepared draft order entering judgment; prepared correspondence to N. Lagalo re: ▓▓▓▓▓; reviewed correspondence from N. Lagalo re: ▓▓▓▓▓▓; assembled exhibits for affidavits; telephone call to C. Toblesky re: request for documentation supporting audit fees. | | | | 336.00 | | | | | |

| | | UNBILLED | | | | BILLED | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | - RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 1.92 | 368.00 | 369.92 | 420.48 | 926.00 | 0.00 | 1330.48 | 16.00 | 0.00 |
| END DATE | 0.00 | 1.92 | 368.00 | 369.92 | 420.48 | 926.00 | 0.00 | 1330.48 | 16.00 | 0.00 |

| | UNBILLED | | | BILLED | | BALANCES | |
|---|---|---|---|---|---|---|---|

| Date | Received From/Paid To | | | Chq# | \|----- General -----\| | | | Bld \|----------- Trust Activity -----------\| | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| Entry # | Explanation | | | Rec# | Rcpts | Disbs | Fees | Inv# Acc | Rcpts | Disbs | Balance |
| FIRM TOTAL | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | - RECEIPTS | = A/R | | TRUST |
| PERIOD | 0.00 | 1.92 | 368.00 | 369.92 | 420.48 | 926.00 | 0.00 | 1330.48 | 16.00 | | 0.00 |
| END DATE | 0.00 | 1.92 | 368.00 | 369.92 | 420.48 | 926.00 | 0.00 | 1330.48 | 16.00 | | 0.00 |

```
REPORT SELECTIONS - Client Ledger
Layout Template                                 Default
Advanced Search Filter                          None
Requested by                                    ADMIN
Finished                                        Friday, March 06, 2009 at 05:16:34 PM
Ver                                             9.31a
Matters                                         0109-FIRS
Clients                                         All
Major Clients                                   All
Client Intro Lawyer                             All
Responsible Lawyer                              All
Assigned Lawyer                                 All
Type of Law                                     All
Select From                                     Active, Inactive, Archived Matters
Matters Sort by                                 Default
New Page for Each Lawyer                        No
New Page for Each Matter                        No
No Activity Date                                Dec 31/2199
Firm Totals Only                                No
Totals Only                                     No
Entries Shown - Billed Only                     No
Entries Shown - Disbursements                   Yes
Entries Shown - Receipts                        Yes
Entries Shown - Time or Fees                    Yes
Entries Shown - Trust                           Yes
Incl. Matters with Retainer Bal                 No
Incl. Matters with Neg Unbld Disb               No
Trust Account                                   All
Working Lawyer                                   All
Include Corrected Entries                        No
Show Check # on Paid Payables                   No
Show Client Address                             No
Consolidate Payments                            No
Show Trust Summary by Account                   No
Show Interest                                   No
Interest Up To                                  Mar  6/2009
Show Invoices that Payments Were Applied to     No
```

08 CV 3439

# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) Case No. 08 C 3439 ) |
| v. | ) Judge Zagel ) |
| FIRST CARPENTER CONTRACTORS, INC., et al., | ) Magistrate Schenkier ) ) |
| Defendants. | ) |

## **ORDER**

On motion of the Chicago Regional Council of Carpenters Pension Fund *et al.* ("Trust Funds") and pursuant to Federal Rules of Civil Procedure 54, 55 and 58, a judgment is hereby entered in favor of the Trust Funds and against defendants First Carpenter Contractors, Inc. and David Cordray ("Defendants") in the amount of $19,445.78 as follows:

A.   $10,574.02 in unpaid contributions pursuant to the audit;

B.   $3,333.25 for auditor's fees incurred by the Trust Funds to complete the audit of Defendants' books and records;

C.   $1,707.31 in interest under ERISA on the amount that is due;

D.   $2,114.80 in liquidated damages; and

E.   $1,716.40 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D).

Plaintiff Trust Funds are also awarded reasonable attorney' fees and costs incurred by the Trust Funds in enforcing this order, and such other relief as this Court deems appropriate.

_____          _____
Date                                            Judge Zagel